**Order entered September 17, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00857-CV

### KENNETH BUHOLTZ, Appellant

### V.

### LEAP PROPERTY MANAGEMENT, ET AL., Appellees

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-05525-B**

## ORDER

The clerk's record in this appeal has been filed, but the court reporter's record has not. From a review of the record, however, it appears no record exists as the appeal is from the trial court's summary judgment. Accordingly, we deem the appellate record complete and **ORDER** appellant's opening brief be filed no later than October 28, 2019.


/s/     KEN MOLBERG
         JUSTICE